# COMMONWEALTH OF KENTUCKY
# DAVIESS COUNTY CIRCUIT COURT
# DIVISION _____
# CAUSE NO:

**JOHNNIE SIMS-MADISON,**                                              **PLAINTIFF**

v.

**DANA COMMERCIAL VEHICLE**
**MANUFACTURING, LLC**

**and**

**UNITED STEEL WORKERS**
**OF AMERICA LOCAL 9443-2,**                                           **DEFENDANTS**

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Johnnie Sims-Madison ("Sims-Madison" or "Plaintiff"), by counsel, brings this action against the Defendants, Dana Commercial Vehicle Manufacturing, LLC ("Dana") and United Steel Workers of America Local 9443-2 (United Steel) (collectively "Defendants"), alleging violations of the Kentucky Civil Rights Act (KCRA) and KRS 344.060.

### II. JURISDICTION AND VENUE

2. At all times relevant to this lawsuit, Plaintiff has been a resident of Evansville, Indiana.

3. Defendant Dana is a private corporation located in Daviess County, Kentucky.

4. Defendant United Steel is a labor union located in Daviess County, Kentucky.

5. The events that form the basis of this Complaint occurred in Daviess County, Kentucky.

6. The Plaintiff's damages exceed the minimum jurisdictional threshold for this Court.

1

Filed          20-CI-00413     04/21/2020         Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL DOCUMENT
05/04/2020 02:53:27 PM
15590-2

7. Defendant Dana is an "employer" as that term is defined by KRS 344.030(2).

8. Defendant United Steel is a "labor organization" as that term is defined by KRS 344.030(4).

9. Plaintiff was an "employee" as that term is defined by KRS 344.030(5) and member of the United Steel labor organization.

### III. FACTUAL ALLEGATIONS

10. Sims-Madison, a 67 year old African-American female, was hired as a Material Handler with Dana in October of 2003.

11. At all relevant times, Sims-Madison met or exceeded Dana's legitimate performance expectations.

12. On or around September 6, 2018, Dana suspended Sims-Madison for five (5) days with intent to discharge her. Dana alleged the suspension resulted from complaints of disrespectful behavior and language.

13. On or around September 12, 2018, Sims-Madison went to Dana to discuss her punishment. Her retirement was not discussed at this time and Sims-Madison never indicated to anyone at Dana or United Steel that she intended to retire.

14. On or around September 14, 2018, Dana reduced Sims-Madison's suspension to one (1) day and issued a "final warning". The reason given for lessoning Sims-Madison's punishment was that she intended to retired in January of 2019.

15. During Dana's investigation, United Steel President, Terry Yancy, falsely stated that Sims-Madison intended to retire in January of 2019.

Filed          20-CI-00413     04/21/2020         Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. JAY A. WETHINGTON (606289)

COM : 000002 of 000006

Filed 20-CI-00413 04/21/2020 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL DOCUMENT
05/04/2020 02:53:27 PM
15590-2

16. Upon information and belief, Dana and United Steel colluded to force Sims-Madison to retire in January of 2019.

17. Sims-Madison did not retire in January of 2019.

18. On or around February 6, 2019, Dana suspended Sims-Madison indefinitely while Dana investigated a complaint alleging Sims-Madison was loud and disruptive. This suspension was in violation of the Collective Agreement between Dana and United Steel (Agreement).

19. Despite being made aware of this wrongful suspension and Agreement violation, neither Terry Yancy nor anyone at United Steel took action to protect Sims-Madison's rights under the Agreement.

20. Sims-Madison remained suspended until March 18, 2019. Sims-Madison was suspended a total of twenty-eight (28) working days, far beyond the maximum of five (5) days provided in the Agreement.

21. On or around March 18, 2019, Dana sent a letter to Sims-Madison, stating that the investigation concluded and she was terminated effective February 6, 2019.

22. From February 6, 2019 to March 18, 2019, no one from Dana or United Steel contacted Sims-Madison to obtain her side of the story or investigate the alleged misconduct. This failure to investigate violates the Agreement.

23. Upon information and belief, similarly situated white and younger employees/members were treated more favorably.

24. The reasons given for terminating Sims-Madison are pretext.

Filed 20-CI-00413 04/21/2020 Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. JAY A. WETHINGTON (606289)
COM : 000003 of 000006

Case 4:20-cv-00071-JHM-HBB Document 1-3 Filed 05/07/20 Page 4 of 6 PageID #: 10

Filed                 20-CI-00413     04/21/2020        Jennifer Besecker, Daviess Circuit Clerk               NOT ORIGINAL DOCUMENT
                                                                                                               05/04/2020 02:53:27 PM
                                                                                                               15590-2

## IV.  CAUSES OF ACTION

### RACE DISCRIMINATION

25.  Plaintiff hereby incorporates by reference paragraphs one (1) through twenty-one (24) of her Complaint as if the same were set forth at length herein.

26.  Defendants discriminated against Sims-Madison by subjecting her to different standards and unlawfully terminating her employment based on her race.

27.  Defendants' actions were intentional, willful, and taken in reckless disregard of Sims-Madison's legal rights.

28.  Defendants' unlawful actions have violated Sims-Madison's rights as protected by the KCRA and KRS 344.060.

29.  Sims-Madison suffered damages as a result of Defendants' unlawful actions.

### AGE DISCRIMINATION

30.  Plaintiff hereby incorporates by reference paragraphs one (1) through twenty-one (29) of her Complaint as if the same were set forth at length herein.

31.  Defendants discriminated against Sims-Madison by subjecting her to different standards and unlawfully terminating her employment based on her age.

32.  Defendants' actions were intentional, willful, and taken in reckless disregard of Sims-Madison's legal rights.

33.  Defendants' unlawful actions have violated Sims-Madison's rights as protected by the KCRA and KRS 344.060.

34.  Sims-Madison suffered damages as a result of Defendants' unlawful actions.

## V.  REQUESTED RELIEF

WHEREFORE, Plaintiff, Johnnie Sims-Madison, respectfully requests that this Court

Presiding Judge: HON. JAY A. WETHINGTON (606289)

COM : 000004 of 000006

Filed                    20-CI-00413        04/21/2020              Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL DOCUMENT
05/04/2020 02:53:27 PM
15590-2

enter judgment in her favor and award her the following relief:

1. Reinstate Sims-Madison to the position, salary, and seniority level she would have enjoyed but for Defendants' unlawful actions; and/or payment to Sims-Madison of front pay in lieu thereof;

2. Enjoin Defendants from discriminating against any other employees and/or union members based on their race or age.

3. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendants' unlawful actions;

4. Compensation for any and all other damages suffered as a consequence of Defendants' unlawful actions;

5. Compensatory damages;

6. Costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgement interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  /s/ Devan A. Dannelly
Devan A. Dannelly
101 North 7th Street, Ste. 603
Louisville, KY 40202
Telephone:  (502) 561-3484
Facsimile:   (812) 424-1005
Email: ddannelly@bdlegal.com
*Attorney for Plaintiff*

5

Presiding Judge: HON. JAY A. WETHINGTON (606289)

COM : 000005 of 000006

Filed                 20-CI-00413     04/21/2020            Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL DOCUMENT
05/04/2020 02:53:27 PM
15590-2

## **DEMAND FOR JURY TRIAL**

Plaintiff, Johnnie Sims-Madison, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully Submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: /s/ Devan A. Dannelly
Devan A. Dannelly
101 North 7th Street, Ste. 603
Louisville, KY 40202
Telephone: (502) 561-3484
Facsimile: (812) 424-1005
Email: ddannelly@bdlegal.com
*Attorney for Plaintiff*

6

Filed                 20-CI-00413     04/21/2020            Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. JAY A. WETHINGTON (606289)
COM : 000006 of 000006